# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

**Thomas C. Gordon,**

       **Plaintiff,**

**-vs-**                                                              **Case No.  C-2-04-1000**

**UNITS, The Ohio State University, et al,**

       **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X  Decision by Court.**    This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to Order dated June 8, 2005 the Court GRANTS plaintiff's motion to dismiss his remaining claims without prejudice.

Date:   June 8, 2005                                    JAMES BONINI, CLERK

By: s/Lisa V. Wright, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

**Thomas C. Gordon,**

                **Plaintiff,**

**-vs-**                                               **Case No.  C-2-04-1000**

**UNITS, The Ohio State University, et al,**

                **Defendant.**

_____

NOTICE OF DISPOSAL PER SOUTHERN DISTRICT OF OHIO LOCAL RULES
79.2(a)(b) AND 79.3(e)

    The above captioned matter has been terminated on .

    If applicable to this case, the disposal date will be six (6) months from the above termination date.

    **Rule 79.2(a)** Withdrawal by Counsel:

All models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed in an action or offered in evidence shall not be considered part of the pleadings in the action, and unless otherwise ordered by the Court, shall be withdrawn by counsel without further Order within six (6) months after final termination of this action.

    **Rule 79.2(b)** Disposal by the Clerk:

All models, diagrams, depositions, x-rays and other exhibits and materials not withdrawn by counsel shall be disposed of by the Clerk as waste at the expiration of the withdrawal period.

    **Rule 79.3(e)**

Sealed or confidential documents shall be disposed of in accordance with Rule 79.2

                                        JAMES BONINI, CLERK

                                        By:_____